IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL L. BLACKBURN,

                              **Plaintiff,**

      v.                                                                                     CASE NO. 24-3183-JWL

JOSEPH REYES, ET AL.,

                              **Defendants.**

## MEMORANDUM AND ORDER

On December 13, 2024, the Court ordered officials of the Neodesha Police Department (NPD) to prepare and file a *Martinez* report. (Doc. 6.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The report is currently due January 17, 2025. *Id.* at 10. The NPD officials have filed a motion for an extension of time in which to file the report. (Doc. 7.) The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion (Doc. 7) is **granted.** The *Martinez* report shall be filed no later than February 18, 2025.

**IT IS SO ORDERED.**

DATED: This 9th day of January, 2025, at Kansas City, Kansas.

                                                      S/ John W. Lungstrum

                                                      JOHN W. LUNGSTRUM
                                                      United States District Judge